■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMMIE LONGMIRE, Appellant, v CHRIS MELLAS, as Superintendent of Watertown Correctional Facility, Respondent. [810 NYS2d 707]—Appeal from a judgment of the Supreme Court, Jefferson County (Hugh A. Gilbert, J.), entered January 11, 2005 in a habeas corpus proceeding. The judgment dismissed the petition.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs as moot (see *People ex rel. Brown v New York State Div. of Parole*, 262 AD2d 433 [1999]). Present—Pigott, Jr., P.J., Gorski, Smith, Green and Hayes, JJ.